IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr365-MHT |
| | ) | (WO) |
| RONTRAVIOUS DONAIL GASTON | ) | |

ORDER

Based on the representations made on the record on February 22, 2021, it is ORDERED that the in-person sentencing of defendant Rontravious Donail Gaston, now set for February 25, 2021, is continued to 10:00 a.m. on March 19, 2021.

It is further ORDERED that defense counsel is to arrange for a comprehensive mental-health evaluation of defendant Gaston, which should be filed under seal with the court on or before March 11, 2021. If the evaluation report is not ready by that date, defense counsel should instead file by March 11, 2021, an explanation as to when the court will receive the report. Defense counsel should arrange for this evaluation to be conducted by Dr. Sarah Vinson, and the evaluation should (a) identify any

mental illnesses, substance-abuse disorders, and cognitive and intellectual disabilities defendant may have; (b) give official DSM diagnoses if warranted; (c) give specific consideration of any adverse childhood experiences (ACEs) and whether ACEs contributed to the development of any disorders or learning disabilities; and (d) recommend to the court an appropriate plan for treatment of all of the above.

DONE, this the 22nd day of February, 2021.

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**