IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:19cr365-MHT
                            )             (WO)
RONTRAVIOUS DONAIL GASTON   )
```

### ORDER

Before the court is the magistrate judge's oral recommendation on November 20, 2020, concerning defendant Rontravious Donail Gaston's consent to conduct the change of plea hearing by videoconference (Doc. 38). There being no objection to the recommendation, it is ORDERED that, for the specific reasons stated on the record that the change of plea hearing in this case could not be further delayed without serious harm to the interests of justice, the recommendation is approved and adopted.

DONE, this the 24th day of May, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE