IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:19cr365-MHT
                            )           (WO)
RONTRAVIOUS DONAIL GASTON   )
```

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

In Dr. Margaret Flanagan's psychological evaluation of defendant Rontravious Donail Gaston, Dr. Flanagan found that Gaston has "a complex history and repeated traumas, both emotional and physical, beginning in early childhood."  Psychological Evaluation (Doc. 64) at 12. She indicated that cognitive behavioral therapy "is broadly considered as a good fit for therapeutic work with these issues."  *Id.*  She also found that Gaston has a mild neurocognitive disorder, and she recommended "targeted interventions to increase his neurological functioning."  *Id.* at 11-12.

***

Accordingly, to determine defendant Rontravious Donail Gaston's precise treatment needs after he

completes his term of incarceration, it is ORDERED that, in accordance with the conditions of defendant Gaston's supervised release set forth in the judgment, the probation department shall arrange for defendant Gaston to receive a comprehensive mental-health evaluation within 30 days of his release from custody. This evaluation should specifically make recommendations as to his treatment needs in light of (a) his childhood trauma, (b) the traumatic brain injury he experienced when he was hit by a car when he was three years old, (c) the neurocognitive deficits identified by Dr. Flanagan, (d) any addictions defendant Gaston may have, and (e) any other mental-health or substance-abuse issues identified by the evaluator. The evaluation should also address the fact that defendant Gaston has spent most of his adult life in prison and should address any issues he may have with regard to readjusting to the free world. The court recommends that Dr. Flanagan conduct this evaluation because of her familiarity with defendant Gaston.

It is further ORDERED, in accordance with the conditions of defendant Gaston's supervised release set forth in the judgment, that the report of this evaluation should be filed with the court under seal by the probation officer within 45 days of defendant Gaston's release from custody.

DONE, this the 2nd day of June, 2021.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**