IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:19cr365-MHT
                            )           (WO)
RONTRAVIOUS DONAIL GASTON   )
```

ORDER

Upon consideration of defendant Rontravious Donail Gaston's motion to amend his sentence (Doc. 94), it is ORDERED that the motion is denied.   The court lacks jurisdiction at this time to amend the sentence it imposed in 2021, and does not have the authority to order the Bureau of Prisons to place an incarcerated person in another prison or on home detention.   If defendant Gaston wishes to challenge the way the Bureau of Prisons has calculated his sentence, he may file a petition for habeas corpus under 28 U.S.C. § 2241.   (However, the court does not in any way mean to suggest that such a petition would be successful.)

DONE, this the 23rd day of January, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE